UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL CARUSO,

      Plaintiff,                            Case No. 22-cv11634

v.                                               Hon. Bernard A. Friedman

A & Y PROPERTY, L.L.C.,
a Michigan limited liability company,

      Defendant.

**Stipulation and Order of Dismissal**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement. Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**SO ORDERED.**

                                                        s/Bernard A. Friedman
                                                        Hon. Bernard A. Friedman
Dated: April 5, 2023                      Senior United States District Judge
        Detroit, Michigan

Stipulated to by:

| | |
|---|---|
| /s/ Owen B Dunn, Jr. | /s/ Sam M. Fakih |
| Owen B. Dunn, Jr. (P66315) | Sam M. Fakih (P68876) |
| Law Offices of Owen Dunn, Jr. | FAKIH & ASSOCIATES, PLLC |
| The Ottawa Hills Shopping Center | 16030 Michigan Ave., Ste. 200 |
| 4334 W. Central Ave., Suite 222 | Dearborn, Michigan 48126 |
| Toledo, OH 43615 | (313) 846-6300 |
| 419-241-9661 | sfakih@fakihlaw.com |
| dunnlawoffice@sbcglobel.net | Attorney for Defendant |
| Attorney for Plaintiff | A & Y Property, L.L.C. |